**ALLEN OVERY SHEARMAN STERLING US LLP**
Laura G. Amadon (SBN 321524)
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Tel: (650) 838-3600
laura.amadon@aoshearman.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CURTIS SPATHIAS, derivatively on behalf of PAYPAL HOLDINGS, INC., a Delaware corporation,

Plaintiff,

v.

DANIEL SCHULMAN, JOHN RAINEY, JONATHON AUERBACH, LOUISE PENTLAND, ANN SARNOFF, RODNEY C. ADKINS, ALEX CHRISS, JONATHAN CHRISTODORO, CARMINE DISIBIO, SAVID W. DORMAN, ENRIQUE LORES, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, AND FRANK D. YEARY

Defendants,

-and-

PAYPAL HOLDINGS, INC., a Delaware corporation,

Nominal Defendant.

Case No. 5:25-cv-1007-BLF

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING STAY OF ACTION PENDING RESOLUTION OF APPEAL IN RELATED MATTER**

WHEREAS, on January 31, 2025, Plaintiff Curtis Spathias ("Plaintiff") filed in this Court in the above-captioned action (the "Derivative Action" or "Action") a "Verified Shareholder Derivative Complaint" purportedly on behalf of nominal defendant PayPal Holdings, Inc., ("PayPal"), against defendants Daniel Schulman, John Rainey, Jonathon Auerbach, Louise Pentland, Ann Sarnoff, Rodney C. Adkins, Alex Chriss, Jonathan Christodoro, Carmine DiSibio, David W. Dorman,[1] Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, and Frank D. Yeary, (together with PayPal, the "Defendants");

WHEREAS, this Derivative Action was stayed by Order dated February 28, 2025 (the "Initial Stay Order"), pending the resolution of a motion to dismiss in a related underlying securities class action lawsuit pending in the U.S. District Court for the District of New Jersey originally captioned *Defined Benefit Plan of the Mid-Jersey Trucking Industry and Teamsters Local 701 Pension and Annuity Fund v. PayPal Holdings, Inc., et al.*, Case No. 3:22-cv-5864 (RK) (JBD) (D.N.J.) (filed October 4, 2022) and later renamed *In re PayPal Holdings, Inc. Securities Litigation* (the "Securities Class Action");

WHEREAS, on March 31, 2026, the court in the Securities Class Action granted with prejudice a motion to dismiss the first amended complaint in that case (Securities Class Action, ECF No. 110);

WHEREAS, on June 1, 2026, pursuant to a notice of appeal filed by the lead plaintiff in the Securities Class Action with respect to that dismissal (Securities Class Action, ECF No. 111 (April 30, 2026)), an appeal was commenced and docketed at No. 25-2214 in the U.S. Court of Appeals for the Third Circuit (the "Appeal");

WHEREAS, the parties to this Derivative Action (the "Parties") have conferred and agree that for the same reasons that this Action was initially stayed, the Action should be stayed throughout the pendency of the Appeal, subject to the same terms and conditions as were set forth at paragraphs 4-10 of the Initial Stay Order; and

---

[1] Due to a typographical error, David W. Dorman is incorrectly referred to in the Complaint as "Savid W. Dorman."

WHEREAS, the Parties, by and through their counsel, hereby enter into the following stipulation, subject to the Court's approval;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. Subject to all the terms and provisions set forth at paragraphs 4-10 of the Initial Stay Order, all proceedings, including any motions practice, obligation to respond to the complaint and any amended complaint in this Derivative Action shall be stayed and remain stayed up until the Appeal is fully resolved. Within thirty (30) days following the lifting of the stay, the Parties shall meet and confer regarding, and jointly submit, a proposed scheduling order and/or other appropriate proposed order regarding the maintenance of this Action. All deadlines in the Derivative Action shall remain tolled and all hearings and other proceedings with respect to this Action shall remain paused until this Court addresses any proposed order(s) submitted by the Parties in accordance with the above.

2. Notwithstanding the foregoing, the stay of proceedings in this Derivative Action may be earlier lifted: (i) at any time, if the Parties file a written stipulation with the Court indicating the Parties' agreement to lift the stay; or (ii) after thirty (30) days' written notice via email from Plaintiff's counsel to the undersigned counsel for Defendants; or (iii) after thirty (30) days' written notice via email from Defendants' counsel to the undersigned counsel for Plaintiff.

**IT IS SO STIPULATED.**

DATED: June 4, 2026

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Laura G. Amadon*

Laura G. Amadon (SBN 321524)
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Tel: (650) 838-3600
laura.amadon@aoshearman.com

*Counsel for Defendants*

**JOHNSON FISTEL, PLLP**

*/s/ Brett M. Middleton*

Brett M. Middleton (SBN 199427)
Frank J. Johnson (SBN 174882)
Jonathan M. Scott (SBN 323322)
501 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 230-0063
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com
JonathanS@johnsonfistel.com

*Counsel for Plaintiff Curtis Spathias*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 4, 2026

The Honorable Beth Labson Freeman
United States District Judge